**Motion Granted; Appeal Dismissed and Memorandum Opinion filed March 21, 2023.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-22-00259-CV

---

### CHRISTOPHER MIRKA, Appellant

### V.

### BAYOU ANIMAL SERVICES, Appellee

**On Appeal from the 212th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 21CV0224**

## MEMORANDUM  OPINION

This is an appeal from a judgment signed March 9, 2022. On February 23, 2023, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Bourliot, Hassan and Poissant.